Gerald A. Klein, P.C. - Bar No. 107727
Michael S. LeBoff, Esq. - Bar No. 204612
KLEIN & WILSON
A Partnership of Professional Corporations
4770 Von Karman Avenue
Newport Beach, California 92660
(949) 631-3300; Facsimile (949) 631-3703
klein@kleinandwilson.com; leboff@kleinandwilson.com

Attorneys for Cross-Defendant and
 Counter-Claimant DAN ALMQUIST

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| OSCAR SWANKY, an individual, HELEN SWANKY, an individual, CRAIG EMMERSON, an individual, GARY MAY, an individual, CINDY MAY, an individual, WARNER GABEL, an individual, KATHLEEN GABLE, an individual, KEITH WITHYCOMBE, an individual, and PATRICIA WITHYCOMBE, an individual,<br><br>                    Plaintiffs,<br><br>          v.<br><br>DANA MACKAY, an individual, an individual, YLSB LLC, a California limited liability company, PRIME-M SERVICES LLC, a California limited liability company, PRIME PARTICIPATION LLC, a California limited liability company, and DOES 1 through 25, inclusive,<br><br>                    Defendants.<br><br>―――――――――――――――<br>AND RELATED CROSSCLAIMS. | **CASE NO. 8:16-cv-00884 CJC (KESx)**<br>**HONORABLE CORMAC J. CARNEY**<br><br>**NOTICE OF SETTLEMENT UNDER LOCAL RULE 40-2** |

/ / /

/ / /

1

256917_1

**RECITALS**

1.     On January 31, 2017, the parties held the mediation before Phillip E. Cook, Esq.;

2.     After an all-day mediation, the parties negotiated a buy-sell agreement;

3.     On March 10, 2017, the parties agreed on the terms of a settlement agreement, and are in the process of obtaining all of the necessary signatures;

4.     The settlement involves numerous individual Yogurtland franchises subject to separate leases and transfer restrictions by the franchisor;

5.     Pursuant to the settlement agreement, the parties must get approval from each store's landlord and seek a waiver of a Right of First Refusal ("ROFR") by the franchisor;

6.     The process of transferring all the stores including transferring leases and waiving the ROFR is expected to take approximately 90 days, although the time could be slightly longer or shorter;

7.     Trial is currently set for November 7, 2017, with discovery and related cut off dates triggered by the trial date;

8.     There is presently a motion for a preliminary injunction brought by cross-defendant Dan Almquist, which is set for hearing on April 10, 2017;

9.     The parties respectfully request the Court take this motion off calendar and vacate the trial date and all other dates related to the trial date so the parties can finalize the settlement; and

10.     The parties request the Court set a status conference on or after July 15, 2017, although such date will be vacated if the parties submit a joint stipulation for dismissal prior to the hearing date.

**ORDER TO SHOW CAUSE REGARDING DISMISSAL**

The parties respectfully request the Court vacate the trial date and all related dates, take the pending motion for a preliminary injunction off calendar, and set a

/ / /

2

1  status conference on or after July 15, 2017, although such date will be vacated if the

2  parties submit a joint stipulation for dismissal prior to the hearing date.

3

4                                                    Respectfully submitted,

5                                                    BURKHALTER KESSLER CLEMENT & GEORGE LLP

6

7  Dated:  March 16, 2017                  By: */s/ Alton G. Burkhalter*

8                                                         Alton G. Burkhalter
                                                     Attorneys for Plaintiffs Oscar Swanky,
9                                                    Helen Swanky, Craig Emmerson, Cynthia
                                                     Emmerson, Chase Emmerson, Gary May,
10                                                   Cindy May, Warner Gabel, Kathleen
                                                     Gabel, Keith Withycombe, and Patricia
11                                                   Withycombe

12

13                                                   Respectfully submitted,

14                                                   KLEIN & WILSON

15

16  Dated:  March 16, 2017                 By: */s/ Michael S. LeBoff*

17                                                        Michael S. LeBoff
                                                     Attorneys   for   Cross-Defendant   and
18                                                   Counter-Claimant Dan Almquist

19                                                   Respectfully submitted,

20                                                   MCQUEEN & ASHMAN LLP

21

22  Dated:  March 16, 2017                 By: */s/ James A. McQueen*

23                                                        James A. McQueen
                                                     Attorneys  for  Defendant,  Cross-Claimant,
24                                                   and Counter-Defendant Dana MacKay

25

26  / / /

27  / / /

28  / / /

                                                     3

256917_1

1

2

3

4   Dated:  March 16, 2017

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

KING PARRET & DROSTE LLP

By: */s/ Alan J. Droste*
    Alan J. Droste
Attorneys for Defendants and
Cross-Claimants YLSB LLC, Prime-M
Services LLC, Prime-M LLC, and Prime
Participation LLC

4

256917_1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE CERTIFICATION

Pursuant to United States District Court, Central District of California L.R. 5-4.3.4, I certify that the content of this document is acceptable to Alton G. Burkhalter, counsel for plaintiffs Oscar Swanky, Helen Swanky, Craig Emmerson, Cynthia Emmerson, Chase Emmerson, Gary May, Cindy May, Warner Gabel, Kathleen Gabel, Keith Withycombe, and Patricia Withycombe; James A. McQueen, counsel for defendant, cross-claimant, and counter-defendant Dana MacKay; and Alan J. Droste, counsel for defendants and cross-claimants YLSB LLC, Prime-M Services LLC, Prime-M LLC, and Prime Participation LLC, and that I have obtained authorization to affix their electronic signature to this document.

Respectfully submitted,

KLEIN & WILSON

Dated:  March 16, 2017

By: */s/ Michael S. LeBoff*
 Michael S. LeBoff
Attorneys for Cross-Defendant and Counter-Claimant Dan Almquist

5

256917_1