# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| OSCAR SWANKY, an individual, HELEN SWANKY, an individual, CRAIG EMMERSON, an individual, CYNTHIA EMMERSON, an individual, CHASE EMMERSON, an individual, GARY MAY, an individual, CINDY MAY, an individual, WARNER GABEL, an individual, KATHLEEN GABEL, an individual, KEITH WITHYCOMBE, an individual, AND PATRICIA WITHYCOMBE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DANA MACKAY, an individual; YLSB LLC, a California limited liability company; PRIME-M SERVICES LLC, a California limited liability company, PRIME-M LLC, a California limited liability company, PRIME PARTICIPATION LLC, a California limited liability company, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 8:16-cv-884 CJC (KESx)<br><br>Assigned to: Judge Cormac J. Carney<br><br>**ORDER DISMISSING THE COMPLAINT WITH PREJUDICE** |

Pending before the Court the Request for Dismissal of Complaint with Prejudice by Plaintiffs Oscar Swanky and Helen Swanky, Craig Emmerson and Cynthia Emmerson, Chase Emmerson, Gary May and Cindy May, Warner Gabel and Kathleen Gabel, and Keith Withycombe and Patricia Withycombe ("<u>Plaintiffs</u>") hereby dismiss their claims against Defendants Dana MacKay, YLSB LLC, Prime Management Services LLC, Prime-M LLC, and Prime Participation LLC ("<u>Defendants</u>") with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) and (2).

Good cause appearing, the Court ORDERS that the Request for Dismissal that the complaint is dismissed in its entirety.

**\*\* Accordingly, the Order to Show Cause issued on March 17, 2017 is hereby DISCHARGED. \*\***

IT IS SO ORDERED.

Dated:  August 18, 2017

_____
JUDGE OF THE U.S. DISTRICT COURT